**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Monique Jean Michel            CHAPTER 13
<u>Debtor(s)</u>

BKY. NO. 19-12339 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CER TIFICATES, SERIES 2006-20 and index same on the master mailing list.

                                                    Respectfully submitted,

                                                /s/ <u>Rebecca Solarz</u>
                                                   Rebecca Solarz
                                                   23 Dec 2021, 12:17:41, EST

                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322