## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Monique Jean Michel | |
| Debtor(s) | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEEFOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CER TIFICATES, SERIES 2006-20 | |
| Movant | NO. 19-12339 ELF |
| vs. | |
| Monique Jean Michel | |
| Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Kenneth E. West  Esq. | |
| Trustee | |

### ORDER

      AND NOW, this     day of       , 2022, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

      **ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and that the automatic stay under 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 (as applicable) of the Bankruptcy Code, are **MODIFIED** with respect to the subject premises located at 5600 MIRIAM RD, PHILADELPHIA, PA 19124-1021 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

 

 

_____

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE