# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Monique Jean Michel<br>　　　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEEFOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CER TIFICATES, SERIES 2006-20<br>　　　　　　　　　　　　Movant<br>　　vs.<br>Monique Jean Michel<br>　　　　　　　　　　　　Debtor(s)<br>Kenneth E. West  Esq.<br>　　　　　　　　　　　　Trustee | NO. 19-12339 ELF<br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEEFOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CER TIFICATES, SERIES 2006-20 for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on January 05, 2022, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Monique Jean Michel
5600 Miriam Road
Philadelphia, PA 19124

Attorney for Debtor(s)
Georgette Miller, Esq.
Margolis Edelstein
The Curtis Center, 170 South Independence Mall West, Suite 400
Philadelphia, PA 19106
**VIA ECF**

Trustee
Kenneth E. West  Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837 (VIA ECF)
Philadelphia, PA 19107
**VIA ECF**

Office of the US Trustee
Office of the U.S. Trustee
200 Chestnut Street Suite 502
Philadelphia, PA 19106
(215) 597-4411

Date: January 05, 2022

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant