United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-12339-elf

Monique Jean Michel                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                                    Page 1 of 3
Date Rcvd: Apr 12, 2022                 Form ID: pdf900                          Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monique Jean Michel, 5600 Miriam Road, Philadelphia, PA 19124-1021 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14305917 | + | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14322500 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14305921 | + | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14323750 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14314605 | + | THE BANK OF NEW YORK MELLON, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14657995 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14342880 | | The Bank of New York Mellon, et al, c/o Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 12 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 12 2022 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 12 2022 23:44:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14305917 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 12 2022 23:44:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14382006 | | Email/Text: megan.harper@phila.gov | Apr 12 2022 23:44:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14305918 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2022 23:44:00 | Comenitybank/westgate, Po Box 182789, Columbus, OH 43218-2789 |
| 14305919 | + | Email/Text: bankruptcynotices@dcicollect.com | Apr 12 2022 23:44:00 | Diversified Consultant, P O Box 551268, Jacksonville, FL 32255-1268 |
| 14305920 | + | Email/Text: bankruptcy@erieinsurance.com | Apr 12 2022 23:44:00 | Erie Insurance Group, 100 Erie Ins Pl, Erie, PA 16530-0001 |

District/off: 0313-2                          User: admin                                    Page 2 of 3
Date Rcvd: Apr 12, 2022                  Form ID: pdf900                            Total Noticed: 26

| 14435619 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 12 2022 23:44:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14341562 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 12 2022 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14342397 | | Email/Text: ebn_bkrt_forms@salliemae.com | | |
| | | | Apr 12 2022 23:44:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14305922 | + | Email/Text: ebn_bkrt_forms@salliemae.com | | |
| | | | Apr 12 2022 23:44:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 14305923 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 12 2022 23:56:45 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14344356 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 12 2022 23:56:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14307059 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 12 2022 23:56:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14335574 | + | Email/Text: jaxbanko@td.com | | |
| | | | Apr 12 2022 23:44:00 | TD Auto Finance, PO BOX 551080, Jacksonville FL 32255-1080 |
| 14305924 | + | Email/Text: jaxbanko@td.com | | |
| | | | Apr 12 2022 23:44:00 | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14342880 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Apr 12 2022 23:44:00 | The Bank of New York Mellon, et al, c/o Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14305926 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Apr 12 2022 23:44:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14658070 | *+ | The Bank of New York Mellon, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street. Ste. 5000, Philadelphia, PA 19106-1541 |
| 14305925 | ##+ | Trident Asset Manageme, 53 Perimeter Center East, Atlanta, GA 30346-2230 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022                    Signature:        /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 12, 2022 | Form ID: pdf900 | Total Noticed: 26 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:**

**Name**                    **Email Address**

GEORGETTE MILLER

on behalf of Debtor Monique Jean Michel Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE, ET AL.
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEEFOR THE
CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CER TIFICATES, SERIES 2006-20
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                     Chapter 13
MONIQUE JEAN MICHEL


                    Debtor            Bankruptcy No. 19-12339-ELF


# O R D E R

   **AND NOW**, this ____`12th____ day of _____April_____, 202**2** upon consideration of the Motion
to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby
**ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

   **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from
payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a
Motion for Alternative Disbursement within 21 days of the entry of this Order.


                                        _____
                                        Honorable Eric L. Frank
                                        Bankruptcy Judge


Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
GEORGETTE MILLER, ESQ.
MARGOLIS EDELSTEIN
170 S. INDEPENDENCE MALL W, STE 400
PHILADELPHIA, PA 19106-


Debtor:
MONIQUE JEAN MICHEL

5600 MIRIAM ROAD

PHILADELPHIA, PA 19124-